AO 247 (Rev. 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Leronte Williams | Case No: 3:15-cr-000156-001<br>USM No: 73400-061 |
| Date of Original Judgment: 06/30/2016<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | Laura E. Byrum<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of **60** months **is reduced to** **50 months**.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

The sentence on Counts 2 and 4 is reduced to 50 months, concurrent to each other, and consecutive to the sentence imposed on Count 3, for an aggregate sentence of 134 months.

Except as otherwise provided, all provisions of the judgment dated **06/30/2016** shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 1/29/24

Effective Date: 02/01/2024
*(if different from order date)*

Judge's signature

Thomas M. Rose, District Judge
*Printed name and title*